BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
TINA R. SALADINO
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8991
    Facsimile: (415) 744-0134
    Email: Tina.R.Saladino@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| BRONSON A. LOPEZ, | Case No.: 1:13-CV-00741-SKO |
|     Plaintiff, | STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that Defendant shall have a first extension of time of thirty (30) days to file her response to Plaintiff's opening brief. Defense counsel requests more time to respond to Plaintiff's opening brief due to its recent reassignment to her caseload and the need to familiarize herself with the facts. The new due date will be February 20, 2014.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stipulation and Order to Extend Briefing Schedule    1

Respectfully submitted,

Date: January 17, 2014  */s/ Denise B. Haley*
DENISE B. HALEY
Law Offices of Lawrence D. Rohlfing
Attorneys for Plaintiff
*By email authorization on January 16, 2014*

Date: January 17, 2014  BENJAMIN B. WAGNER
United States Attorney

By:  */s/Tina R. Saladino*
TINA R. SALADINO
Special Assistant U.S. Attorney
Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. The parties' stipulated request for an extension of time for Defendant to file a responsive brief is GRANTED;

2. Defendant's responsive brief shall be filed **on or before February 20, 2014**; and

3. Plaintiff may file an optional reply brief **on or before March 7, 2014**.

IT IS SO ORDERED.

Dated:  **January 17, 2014**           /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order to Extend Briefing Schedule                                      2