UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| BRONSON A. LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,<br><br>Defendant. | Case No. 1:13-cv-00741-SKO<br><br>**JOINT MOTION AND ORDER FOR AN EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF**<br><br>**(Doc. 20)** |

The parties hereby move through their respective counsel of record that Defendant shall have an extension of time of 30 days to respond to Plaintiff's opening brief. Assistant Regional Counsel Tina R. Saladino was assigned this case and has diligently attempted to complete Defendant's responsive brief in a timely matter. However, the undersigned counsel for Defendant seeks this extension due to the press of workload including a high volume of other disability matters and other general civil litigation in federal district court. Also, Tina has filed two briefs this week and has to prepare for a deposition scheduled for next Tuesday. Moreover, because she recently joined the agency, the agency requires rigorous review that takes approximately one week. Tina has reviewed her schedule and believes she can prepare Defendant's responsive brief with an additional 30 day extension.

1- Joint Motion and Order for an Ext. of Time for Def.'s Resp.; 1:13-CV-00741-SKO

The current due date is February 20, 2014.  The new due date will be March 24, 2014.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: March 4, 2014  /s/ *Denise B. Haley*
(By email authorization on February 12, 2014)
DENISE B. HALEY
Attorney for Plaintiff

Dated: March 4, 2014  BENJAMIN B. WAGNER
United States Attorney

By:  /s/ *Tina R. Saladino*
TINA R. SALADINO
Special Assistant United States Attorney
Attorneys for Defendant

## **ORDER**

Pursuant to the stipulation of the parties, it is HEREBY ORDERED that:

1. Defendant's responsive brief shall be filed no later than March 24, 2014; and
2. Plaintiff may file an optional reply brief no later than April 11, 2014.

IT IS SO ORDERED.

Dated:  **March 4, 2014**  /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

2- Joint Motion and Order for an Ext. of Time for Def.'s Resp.; 1:13-CV-00741-SKO